UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-07584 JLS (ADS)                              Date:  February 2, 2022

Title:  *Humberto Gonzalez v. People of the State of California*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):      Attorney(s) Present for Respondent(s):
None Present                                                       None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: EXHAUSTION**

Pending before the Court is a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") filed by Humberto Gonzalez ("Petitioner"), a California state prisoner at Ironwood State Prison.  (Dkt. No. 1.)  On August 3, 2021, the Court granted Petitioner's Motion for a Rhines Stay to exhaust the Petition's single claim regarding jury misconduct.  (Dkt. No. 35.)

On October 4, 2021 and December 2, 2021, Petitioner filed a status report.  (Dkt. Nos. 42 and 45.)  Included in the October 4, 2021 status report was a letter from the California Supreme Court, dated September 22, 2021, stating, "No action may be taken on your documents received September 20, 2021.  The order denying your petition for review on September 25, 2019 in the above-referenced matter was final forthwith and may not be reconsidered."  (Dkt. No. 42, p. 9.)

Petitioner is ordered to explain the status of his exhaustion efforts as required by the August 3, 2021 Order granting the stay.  (Dkt. No. 35.)  Petitioner must file copies of the relevant state court orders regarding the resolution of his state habeas petition.  If Petitioner's jury misconduct claim is fully exhausted, and if Petitioner wishes to proceed in this Court on the Petition, he must file a request to lift the stay in this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-07584 JLS (ADS)                               Date:  February 2, 2022

Title:  _Humberto Gonzalez v. People of the State of California_

    For the reasons discussed above, Petitioner is **ORDERED TO SHOW CAUSE** in writing **by February 23, 2022**.  If Petitioner no longer desires to pursue the Petition, Petitioner may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

    **Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

Initials of Clerk kh