UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO GONZALEZ,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:20-7584 JWH (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP") (Dkt. No. 9), Respondent's Second Motion to Dismiss the FAP (Dkt. No. 70), Petitioner's Opposition to the Motion to Dismiss (Dkt. No. 78), Respondent's Reply (Dkt. No. 79), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 85), Petitioner's Objections (Dkt. No. 86), and all the records and files herein.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and **OVERRULES** the objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

To the extent that Petitioner argues in his Objections that he is actually innocent (Dkt. No. 86 at 5-6), the Court notes that an allegation of actual innocence—even if it met the standard enunciated in *Schlup v. Delo*, 513 U.S. 298 (1995)—would not excuse Petitioner from exhausting his claims in state court.  *See Hider v. Walker*, No. CV 07-7119-DDP (RNB), 2009 WL 409731, at *1-*2 & *4-*5 (C.D. Cal. Feb. 17, 2009).  Nevertheless, the Court has considered Petitioner's allegation of actual innocence and finds that it does not warrant any relief here.  To establish actual innocence, Petitioner must show that "in light of new [reliable] evidence, 'it is more likely than not that no reasonable juror would have found petitioner guilty beyond a reasonable doubt.'" *House v. Bell*, 547 U.S. 518, 537 (2006) (quoting *Schlup*, 513 U.S. at 327).  Petitioner has not met this standard.

Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge (Dkt. No. 85) is **APPROVED** and **ACCEPTED**.

2. The Second Motion to Dismiss the FAP (Dkt. No. 70) is **GRANTED**.

3. This case is **DISMISSED without prejudice**.

4. Judgment is to be entered accordingly.

**IT IS SO ORDERED.**

DATED: January 30, 2023

_____
THE HONORABLE JOHN W. HOLCOMB
United States District Judge

3