JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　Respondent. | Case No. 2:20-7584 JWH (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The First Amended Petition **DENIED**.
2. The case is **DISMISSED** in its entirety **without prejudice**.

**IT IS SO ORDERED.**

DATED: January 30, 2023

THE HONORABLE JOHN W. HOLCOMB
United States District Judge